AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 29 2014

, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Horacio SALINAS Jr. | ) | Case No. M-14-2092-M |
| United States Citizen | ) | |
| YOB: 1960 | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __10/28/2014__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant violated __21__ U. S. C. § __841(a)(1) and 952(a)__, an offense described as follows:

Knowingly and intentionally possess with intent to distribute approximately 76.42 kilograms of marijuana, a Schedule I controlled substance, and knowingly and intentionally attempted to import into the United States from the United Mexican States approximately 76.42 kilograms of marijuana, a Schedule I controlled substance.

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

Approved for file:
[signature]
AUSA
10.29.14

_[Complainant's signature]_
*Complainant's signature*

Eduardo Casas, Special Agent, DHS-ICE/HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/29/14

_[Judge's signature]_
*Judge's signature*

City and state: __McAllen, Texas__   Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

## Attachment "A"

On October 28, 2014, Horacio SALINAS Jr. applied for entry into the United States (U.S.) from the United Mexican States at the Port of Entry, Pharr, Texas (POE Pharr). SALINAS was the driver and sole occupant of a red 1995 Nissan pickup, displaying Texas license plate BA5-7679. SALINAS told the primary officer, U.S. Customs and Border Protection Officer (CBPO) Gabriel Garcia that he went to Mexico to get some work done on his pickup, since his intention was to use it for his pest control business. SALINAS was referred in for further inspection after an alert referencing the defendant.

In secondary, SALINAS stated to secondary officer, CBPO Israel Rodriguez that he purchased the vehicle for $1500.00 (USD) because he needed the vehicle for pest control. SALINAS had gone to Mexico to buy dog food. While in Mexico, SALINAS stated his vehicle was having transmission problems so he decided to have it repair in Mexico because it was cheaper than in the U.S. CBPO Canine Enforcement Officer (CEO) Efrain Hernandez utilized his Narcotics Detection Dog (NDD) to conduct a canine sweep of the pickup. The NDD alerted to the odor of narcotics emanating from the right rear wheel well. The pickup was then x-rayed, and the image obtained from the x-ray system revealed an anomaly within the left rear wheel well.

Homeland Security Investigations, McAllen, Texas (HSI McAllen) Special Agent (SA) Eduardo Casas was contacted and responded to the port of entry. Subsequent search of the vehicle by the CBP Officers led to the discovery and removal of 46 bundles of marijuana with a gross weight of 76.42 kilograms concealed in the bed area. A sample of the marijuana was field test and tested positive for marijuana. SA Casas read SALINAS his Miranda

Rights. SALINAS stated he understood h is rights and requested an attorney. Therefore, the interview was ended.